| | |
|---|---|
| MAYER BROWN LLP<br>Andrea M. Weiss (SBN 252429)<br>*aweiss@mayerbrown.com*<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248<br><br>Attorneys for Defendant<br>PAYPAL, INC. | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI HODGES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-cv-00642-TLN-CMK<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

1     This matter is before the Court upon the Joint Motion, pursuant to Local Rule 144, of Plaintiff Jenni Hodges and Defendant Paypal, Inc., by and through their respective counsel of record, for an order extending the deadline for Defendant to respond to Plaintiff's Complaint from May 5, 2017 to June 5, 2017. After considering the pleadings and the file on record, and having been fully advised, the Court finds the parties have shown good cause for their joint motion.

    THEREFORE, THE MOTION IS HEREBY GRANTED. The time for Defendant to respond to Plaintiff's Complaint is extended from May 5, 2017 to June 5, 2017.

Dated: May 2, 2017

_____
Troy L. Nunley
United States District Judge