1   MAYER BROWN LLP
    Andrea M. Weiss (SBN 252429)
2   *aweiss@mayerbrown.com*
    350 South Grand Avenue, 25th Floor
3   Los Angeles, CA  90071-1503
    Telephone: (213) 229-9500
4   Facsimile:  (213) 625-0248

5   Attorneys for Defendant
    PAYPAL, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  JENNI HODGES, individually and on behalf of       Case No. 2:17-cv-00642-TLN-CMK
    all others similarly situated,
12                                                     **ORDER GRANTING JOINT MOTION**
                      Plaintiff,                       **FOR EXTENSION OF TIME TO**
13                                                     **RESPOND TO THE COMPLAINT**
          v.
14
    PAYPAL, INC., and DOES 1 through 10,
15  inclusive,

16                    Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1      This matter is before the Court upon the Joint Motion, pursuant to Local Rule 144, of

2    Plaintiff Jenni Hodges and Defendant Paypal, Inc., by and through their respective counsel of

3    record, for an order extending the deadline for Defendant to respond to Plaintiff's Complaint

4    from June 5, 2017 to July 5, 2017.  After considering the pleadings and the file on record, and

5    having been fully advised, the Court finds the parties have shown good cause for their joint

6    motion.

7      THEREFORE, THE MOTION IS HEREBY GRANTED.  The time for Defendant to

8    respond to Plaintiff's Complaint is extended from June 5, 2017 to July 5, 2017.

10   Dated:   June 02, 2017

Troy L. Nunley
United States District Judge

---

1