# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNI HODGES,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>      vs.<br><br>**PAYPAL, INC.,** and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-00642-TLN-CMK<br><br>**ORDER** |

      IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

      Dated this 30th day of June, 2017

_____
Troy L. Nunley
United States District Judge